IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELWYN D. GRAHAM                                                    PETITIONER
ADC #85527

V.                                    NO. 4:04cv00844 JMM

LARRY NORRIS, Director,                                          RESPONDENT
Arkansas Department of Correction

### ORDER

Pending is Petitioner's motion to set aside judgment and allow additional time in
which to file objections to the Proposed Findings and Recommended Disposition received
from Magistrate Judge Jerry Cavaneau.  (Docket # 15).  For good cause shown, the motion
is GRANTED. The Judgment entered January 26, 2007 is hereby set aside.  Petitioner
shall have up to and including February 26, 2007 in which to file his objections.

IT IS SO ORDERED this 5th day of February, 2007.


_____
UNITED STATES DISTRICT JUDGE