IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELWYN D. GRAHAM                                                                                    PETITIONER
ADC #85527

V.                                              NO. 4:04cv00844 JMM

LARRY NORRIS, Director,                                                                       RESPONDENT
Arkansas Department of Correction

## ORDER

On January 26, 2007 the Court entered an Order adopting the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. Thereafter, on February 5, 2007 the Court set aside the Order and Judgment entered January 26, 2007 in order to allow Defendant additional time in which to file his objections. The Court allowed Defendant up to and including February 26, 2007 in which to file any objections. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, as amended (docket entries #1, #6), in its entirety, with prejudice.

IT IS SO ORDERED this 2nd day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE