IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELWYN D. GRAHAM                                                                              PETITIONER
ADC #85527

V.                                             NO. 4:04cv00844 JMM

LARRY NORRIS, Director,                                                                      RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, as amended, in its entirety, with prejudice.

IT IS SO ORDERED this 2nd day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE